UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOO CHAN KIM (A-Number: 027-363-282),<br>Petitioner,<br>v.<br>MOISES BECERRA, *et al.*,<br>Respondents. | Case No. 1:26-cv-3041-DJC-JDP<br><br><u>ORDER</u> |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2026, the Magistrate Judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations, and they have been considered by the undersigned.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 25, 2026, ECF No. 15, are adopted in full;

2. Respondents' motion, ECF No. 13, to accept a prior filing as an answer is GRANTED;

3. Respondents' motion to dismiss, ECF No. 8, is GRANTED;

4. The petition for writ of habeas corpus, ECF No. 1, is DISMISSED without prejudice; and

5. The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated: **July 15, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE